

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-17-00424-CV**

**IN RE DOUBLE DIAMOND, INC.**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

_____

Relator's petition for writ of mandamus is denied.[1]


AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed December 22, 2017
[OT06]

---

[1] In light of our disposition, we dismiss relator's motion for temporary relief as moot.

